CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    john.wollman@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE AND DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Case No. 25-cv-09984-KAW<br><br>**STIPULATION EXTENDING RESPONSE DEADLINE** |

    Plaintiff Electronic Frontier Foundation and Defendants Department of Justice ("DOJ") and Department of Homeland Security ("DHS") (collectively referred to herein as "Federal Defendants"), by and through their counsel, hereby stipulate as follows:

    WHEREAS, on November 20, 2025, Plaintiff filed its complaint in this action. ECF No. 1; and

    WHEREAS, the complaint and summons were served on the United States Attorney's Office for the Northern District of California on December 1, 2025, and Federal Defendants' deadline to respond to the complaint is December 31, 2025; and

    WHEREAS, the Parties have agreed to extend Federal Defendants' time to respond to the complaint by 30 days; and

WHEREAS, this change will not alter the date of any other event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiff and Federal Defendants hereby STIPULATE, pursuant to Local Rule 6-1(a), that the time within which Federal Defendants shall answer or otherwise respond to the Complaint shall be extended to January 30, 2026.

IT IS SO STIPULATED.

DATED: December 19, 2025                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            */s/ John L. Wollman*
                                            JOHN L. WOLLMAN
                                            Assistant United States Attorney

                                            Attorneys for Federal Defendants


DATED: December 19, 2025                    ELECTRONIC FRONTIER FOUNDATION


                                            */s/ F. Mario Trujillo*
                                            F. MARIO TRUJILLO

                                            Attorneys for Plaintiff


**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, John L. Wollman, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                                            */s/ John L. Wollman*
                                            JOHN L. WOLLMAN