F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
AARON MACKEY (SBN 288647)
amackey@eff.org

 ELECTRONIC FRONTIER FOUNDATION
 815 Eddy Street
 San Francisco, CA 94109
 Telephone: (415) 436-9333
 Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7031
    Facsimile:  (415) 436-6748
    john.wollman@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No.: 4:25-cv-09984-JST |
| ) | |
| Plaintiff, ) | **FIRST JOINT STATUS REPORT** |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE and ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

The parties to the above-entitled action hereby submit the following JOINT STATUS

-1-

REPORT regarding the following matters pursuant to the Court's Case Management Order (ECF No. 20).

**1.    Department of Justice, Office of Information Policy ("DOJ-OIP") Initial Agreed Search for Responsive Records and Processing Thereof.**

DOJ-OIP is presently awaiting the results of its initial electronic keyword search, which it anticipates receiving prior to the next Joint Status Report.  DOJ-OIP also anticipates completing its initial responsiveness review prior to the next Joint Status Report.  Thereafter, DOJ-OIP will process any potentially responsive material for FOIA exemptions prior to sending such material for consultation with Executive Branch equity holders, as needed.

**2.    Agreed Search by Department of Homeland Security ("DHS")**

On June 26, 2026, DHS agreed to conduct the search proposed by EFF and has already tasked the identified offices with conducting searches based on the proposed search parameters. DHS reserves the right to recommend additional narrowing based on their search results.  DHS anticipates completing their search by July 31 but will provide a further update to the Court by the next Joint Status Report deadline.

**3.    Agreed Searches Being Conducted By Immigration and Customs Enforcement ("ICE")**

ICE has already agreed to conduct similar searches to the one EFF agreed to with DOJ-OIP and has already started the searches based on the agreed search parameters.  ICE has located records, which it is currently in the process of reviewing to determine if they are responsive and will provide a further update on the results of its searches, extent of responsive records, if any, by the next Joint Status Report deadline.

**4.    Agreed Search by Customs and Border Protection ("CBP")**

On June 26, 2026, CBP agreed to conduct a search identical to the DOJ-OIP search parameters, but with the Headquarters ("HQ")/Front Office officials at the CBP-specific offices to be searched, and has already tasked the identified offices with conducting searches based on those proposed search parameters. CBP reserves the right to recommend additional narrowing based on their search results.  CBP anticipates completing their search by July 31 but will provide a further

update to the Court by the next Joint Status Report deadline.


                                         Respectfully submitted,

    Dated: June 26, 2026

                                  /s/ F. Mario Trujillo
                                  Aaron Mackey
                                  F. Mario Trujillo

                                  Counsel for Plaintiff Electronic Frontier
                                  Foundation


    Dated: June 26, 2026         CRAIG H. MISSAKIAN
                                 United States Attorney

                                 /s/ John L. Wollman
                                 JOHN L. WOLLMAN
                                 Assistant United States Attorney

                                 Attorneys for Defendants


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

CASE NO.: 25-cv-9984-JST                                  FIRST JOINT STATUS REPORT