F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
AARON MACKEY (SBN 288647)
amackey@eff.org

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE and DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No.: 4:25-cv-09984-JST<br><br>**THIRD JOINT STATUS REPORT** |

The parties to the above-entitled action hereby submit the following THIRD JOINT

STATUS REPORT regarding the following matters pursuant to the Court's Case Management Order (ECF No. 20).

**1. Department of Justice, Office of Information Policy ("DOJ-OIP") Agreed Search for Responsive Records and Processing Thereof.**

Since the last joint status report, DOJ-OIP is presently reviewing additional search results for responsiveness to the subject matter of Plaintiff's FOIA request. DOJ-OIP anticipates completing its responsiveness review prior to the next joint status report.

**2. Agreed Search by Department of Homeland Security ("DHS")**

DHS completed the agreed search between Plaintiff and DHS for this matter. The search did not yield any records DHS considers responsive. DHS's search resulted in Google alert emails that contained the search terms. However, DHS does not view these as records responsive to the request. Plaintiff considers the records responsive. The parties continue to discuss.

**3. Agreed Searches Being Conducted By Immigration and Customs Enforcement ("ICE")**

ICE completed its agreed-upon searches. ICE released 78 pages to Plaintiff on July 30, 2026, as a "first and final" release of records. ICE also has 7 pages that were sent to CBP for consultation and expects to have those back by August 31, 2026, to respond to Plaintiff by early September. Separately, ICE referred 12 pages to DOJ to process and respond directly to Plaintiff.

**4. Agreed Search by Customs and Border Protection ("CBP")**

CBP has completed its agreed-upon search and identified approximately 7,645 pages and 8 spreadsheets of potentially responsive records. CBP is currently conducting its responsiveness and privilege review of these materials. CBP anticipates making its first production of records on September 28, 2026. Following this initial production, CBP proposes to continue processing and producing records on a rolling basis at a rate of approximately 500 pages per month. Should the scheduled production date fall on a weekend or federal holiday, the production will be made on the next business day.

Respectfully submitted,

Dated: August 26, 2026

*/s/ F. Mario Trujillo*
Aaron Mackey
F. Mario Trujillo

Counsel for Plaintiff Electronic Frontier Foundation

Dated: August 26, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney

Attorneys for Defendants

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*