F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
AARON MACKEY (SBN 288647)
amackey@eff.org

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ELECTRONIC FRONTIER FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE and DEPARTMENT OF HOMELAND SECURITY,

Defendant.

Case No.: 4:25-cv-09984-JST

**FOURTH JOINT STATUS REPORT**

The parties to the above-entitled action hereby submit the following FOURTH JOINT

STATUS REPORT regarding the following matters pursuant to the Court's Case Management Order (ECF No. 20).

**1. Department of Justice, Office of Information Policy ("DOJ-OIP") Agreed Search for Responsive Records and Processing Thereof.**

Since the last joint status report, DOJ-OIP issued its final determination by letter dated September 25, 2026. This completes DOJ-OIP's response to Plaintiff's FOIA request.

**Plaintiff's Statement**:

Over the past month, EFF has twice asked Defense Counsel to provide EFF with more detail about the specifics of the search being conducted by the Department of Justice, Office of Information Policy (DOJ-OIP). Defense Counsel did not provide additional detail. This afternoon, DOJ-OIP issued a final response to EFF's records request, concluding that "no records responsive to your request were located." EFF has asked Defense Counsel to help organize a call with DOJ-OIP employees to help detail the search and to discuss refining the search to locate responsive records—specifically, records of conversations that the former Attorney General has publicly referenced in news interviews and on social media.

**Defendant's Counsel's Response**:

Earlier this week, Defense Counsel met and conferred with EFF about their questions and conveyed to EFF that DOJ-OIP would be open to providing additional information about its search once it had completed its search and review and provided its final response. Now that DOJ-OIP has issued its final response, Defense Counsel will meet and confer with EFF regarding the same before the next Joint Status Report is due.

**2. Agreed Search by Department of Homeland Security ("DHS")**

DHS completed the agreed search between Plaintiff and DHS for this matter. The search did not yield any records DHS considers responsive. DHS's search resulted in Google alert emails that contained the search terms. Although DHS does not view these as records responsive to the request, DHS is processing the 53 pages of Google alerts and plans to make a release on or about September 30, 2026.

**3. Agreed Searches Being Conducted By Immigration and Customs Enforcement ("ICE")**

ICE completed its agreed-upon searches. ICE released 78 pages to Plaintiff on July 30, 2026, as a "first and final" release of records.

**4. Agreed Search by Customs and Border Protection ("CBP")**

CBP has completed its review of the initial tranche of potentially responsive records and will issue its First Interim Response to Plaintiff on September 28, 2026. CBP is continuing its review of the remaining pool of potentially responsive records on a rolling basis at a rate of approximately 500 pages per month and anticipates issuing its next interim response by October 28, 2026.

Respectfully submitted,

Dated: September 25, 2026

*<u>/s/ F. Mario Trujillo</u>*
Aaron Mackey
F. Mario Trujillo

Counsel for Plaintiff Electronic Frontier Foundation

Dated: September 25, 2026

CRAIG H. MISSAKIAN
United States Attorney

*<u>/s/ John L. Wollman</u>*
JOHN L. WOLLMAN
Assistant United States Attorney

Attorneys for Defendants

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*